IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 3 SQUARES LLC, D/B/A 3 SQUARES DINER, and YUSHO LLC, D/B/A JAM RESTAURANT,<br><br>*Plaintiffs*<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>*Defendant* | Case No. 20 CV 02690<br><br>Judge Joan B. Gottschall |

### INITIAL STATUS REPORT

NOW COMES Plaintiff, 3 SQUARES LLC, D/B/A 3 SQUARES DINER, and YUSHO LLC, D/B/A JAM RESTAURANT, by its undersigned attorneys, submits its Initial Status Report:

**A.** **Identify the attorneys of record for each party. Note the lead trial attorney and any local counsel.**

For plaintiffs 3 Squares LLC, d/b/a 3 Squares Diner, and Yusho LLC, d/b/a Jam Restaurants:

Antonio M. Romanucci (Lead Trial Attorney)
Gina A. Deboni
David A. Neiman
Sarah E. King
ROMANUCCI & BLANDIN, LLC
321 N. Clark St., Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
gad@rblaw.net
dneiman@rblaw.net
sking@rblaw.net

Nicholas A. DiCello
Dennis R. Lansdowne

Stuart Scott
Jeremy A. Tor
SPANGENBERG, SHIBLEY & LIBER, LLP
1001 Lakeside Ave., Suite 1700
Cleveland, Ohio 44114
ndicello@spanglaw.com
dlansdowne@spanglaw.com
jtor@spanglaw.com

Robert P. Rutter
Robert A. Rutter
RUTTER & RUSSIN, LLC
One Summit Office Park, Suite 650
4700 Rockside Road
Cleveland, Illinois 44131
(216) 642-1425
brutter@ohioInsuranceLawyer.com
bobbyrutter@ohioInsuranceLawyer.com

For defendant Cincinnati Insurance Company:

N/A (No appearance filed yet. Service effectuated on May 19, 2020.)

B. **The Progress of Discovery.**

None currently. There is no appearance on file for defendant.

C. **The status of briefing on any unresolved motions.**

There are no pending motions.

D. **Provide an agreed proposed revised discovery and dispositive motion schedule (or alternative proposal) in cases where the current schedule needs revision.**

Plaintiff is unable to provide an agreed proposed discovery and motion schedule currently because there is no appearance on file for defendant.

E. **Request any agreed action that the court can take without a hearing.**

None at this time.

F. **State whether the parties believe a telephonic hearing with the judge is necessary and time urgent, and, if so, identify the issue that warrants discussion.**

        Not at this time.

Dated: July 6, 2020

Respectfully submitted,

  By:   /s/ Antonio M. Romanucci
  One of the Attorneys for Plaintiffs

  Antonio M. Romanucci (Lead Trial Attorney)
  Gina A. Deboni
  David A. Neiman
  Sarah E. King
  ROMANUCCI & BLANDIN, LLC
  321 N. Clark St., Suite 900
  Chicago, IL 60654
  Tel: (312) 458-1000
  Fax: (312) 458-1004
  aromanucci@rblaw.net
  gad@rblaw.net
  dneiman@rblaw.net
  sking@rblaw.net

  Nicholas A. DiCello
  Dennis R. Lansdowne
  Stuart Scott
  Jeremy A. Tor
  SPANGENBERG, SHIBLEY & LIBER, LLP
  1001 Lakeside Ave., Suite 1700
  Cleveland, Ohio 44114
  ndicello@spanglaw.com
  dlansdowne@spanglaw.com
  jtor@spanglaw.com

  Robert P. Rutter
  Robert A. Rutter
  RUTTER & RUSSIN, LLC
  One Summit Office Park, Suite 650
  4700 Rockside Road
  Cleveland, Illinois 44131
  (216) 642-1425
  brutter@ohioInsuranceLawyer.com
  bobbyrutter@ohioInsuranceLawyer.com