# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

3 Squares LLC, d/b/a 3 Squares Diner, and Yusho LLC, d/b/a Jam Restaurant ,

Plaintiff(s),

v.

The Cincinnati Insurance Company,

Defendant(s).

Case No. 20 cv 2690
Judge Joan B. Gottschall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of defendant, The Cincinnati Insurance Company and against plaintiffs, 3 Squares LLC, d/b/a 3 Squares Diner, and Yusho LLC, d/b/a Jam Restaurant.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Joan B. Gottschall on a motion to dismiss the complaint[23].

Date: 9/23/2021

Thomas G. Bruton, Clerk of Court

Marlan Cowan, Deputy Clerk